**ORIGINAL**

1  KEVAN FORNASERO, Bar No. 274943
   KFornasero@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, California 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  A. GIDARI, Wash. Bar No. 18521
   (*pro hac vice* application to be filed)
6  AGidari@perkinscoie.com
   PERKINS COIE LLP
7  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101
8  Telephone: 206.359.8000
   Facsimile: 206.359.9000

10 Attorneys for Petitioner
   GOOGLE INC.

**RECEIVED**
MAR 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE GOOGLE INC.'S PETITION TO SET ASIDE LEGAL PROCESS,

Petitioner.

Case No. CV 13 80 063 MISC  SI

[PROPOSED] ORDER GRANTING PETITIONER GOOGLE INC.'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Petitioner Google Inc.'s ("Google") Administrative Motion Pursuant to Local Rules 7-11 and 79-5 for Leave to File Documents Under Seal, the supporting Declaration of Kevan Fornasero, and with good cause appearing, the Court hereby finds the documents below must be sealed as required by federal statute and thereby constitute sealable material under Northern District of California Local Rule 79-5(b).

1 | Therefore, it is hereby **ORDERED** that Google's Administrative Motion is **GRANTED**
2 | as to the following documents in their entirety:
3 |     1.    Google's Petition to set aside legal process; and
4 |     2.    Attachment A filed concurrently with Google's Petition.
5 | **IT IS SO ORDERED.**

8 | DATED: _____, 2013

                                                  United States District Court Judge

2
[PROPOSED] ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION