```
                                                    FILED
                                                  MAR 29 2013
                                              RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

1  KEVAN FORNASERO, Bar No. 274943
   KFornasero@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, California 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  A. GIDARI, Wash. Bar No. 18521
   (*pro hac vice* application to be filed)
6  AGidari@perkinscoie.com
   PERKINS COIE LLP
7  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101
8  Telephone: 206.359.8000
   Facsimile: 206.359.9000

10 Attorneys for Petitioner
   GOOGLE INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE INC.'S PETITION TO SET ASIDE LEGAL PROCESS, | Case No. CV 13 80 063 MISC **SI** |
| Petitioner. | **PROOF OF SERVICE** |

PROOF OF SERVICE

## PROOF OF SERVICE

I, Shelley Marlowe, declare:

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practices of Perkins Coie LLP. On March 29, 2013, I caused the following document(s) to be served on the following parties by the manner specified below:

1. **PETITIONER GOOGLE INC.'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

2. **DECLARATION OF KEVAN FORNASERO IN SUPPORT OF PETITIONER GOOGLE INC.'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

3. **[PROPOSED] ORDER GRANTING PETITIONER GOOGLE INC.'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-11 AND 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

4. **GOOGLE INC.'S PETITION TO SET ASIDE LEGAL PROCESS;**

5. **PROOF OF SERVICE.**

> Jason Herring
> Deputy General Counsel
> Federal Bureau of Investigation
> 935 Pennsylvania Avenue, NW
> Washington, D.C. 20535-0001
> Email: jason.herring@ic.fbi.gov

__XX__  (By Electronic Transmission) I caused each document to be sent by electronic mail to email address(es) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California, on March 29, 2013.

*Shelley Marlowe*
Shelley Marlowe