Reset Form

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 3 | Google Inc. | ) |
| 4 | | ) Case No: 3:13-mc-80063-S |
| | Plaintiff(s), | ) |
| 5 | | ) **APPLICATION FOR** |
| | v. | ) **ADMISSION OF ATTORNEY** |
| 6 | | ) **PRO HAC VICE** |
| | | ) (CIVIL LOCAL RULE 11-3) |
| 7 | | ) |
| | Defendant(s). | ) |
| 8 | | ) |

I, Albert Gidari, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google Inc. in the above-entitled action. My local co-counsel in this case is Kevan Fornasero, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101 | Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 359-8000 | (415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| AGidari@perkinscoie.com | KFornasero@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 18521.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/01/13                              Albert Gidari
                                              APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Albert Gidari is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE